ACCEPTED
09-17-00380-CV
NINTH COURT OF APPEALS
BEAUMONT, TEXAS
12/13/2017 10:51 AM
CAROL ANNE HARLEY
CLERK

No. 09-17-00380-CV

_____

IN THE COURT OF APPEALS FOR THE NINTH DISTRICT OF TEXAS BEAUMONT, TEXAS

FILED IN
9th COURT OF APPEALS
BEAUMONT, TEXAS
12/13/2017 10:51:19 AM
CAROL ANNE HARLEY
Clerk

_____

**WMJ INVESTMENT CORP.**,
Appellant,

v.

**EXXONMOBIL PIPELINE COMPANY,**
Appellee

_____

On Appeal from Cause No. CV1509418
75th Judicial District Court of Liberty County, Texas
Honorable Mark Morefield, Presiding Judge

_____

## UNOPPOSED MOTION TO ABATE

_____

Pursuant to Texas Rule of Appellate Procedure 10.1(a), Appellant, WMJ Investment Corp., files this Unopposed Motion to Abate and would respectfully show as follows:

## I.

This appeal arises from a final summary judgment. However, the Parties recently reached a tentative settlement agreement, and Appellant respectfully requests abatement of this appeal for 60 days to afford the Parties sufficient time to conclude their settlement agreement before seeking dismissal.

DOCS #1459781

## PRAYER

WHEREFORE PREMISES CONSIDERED, Appellant, WMJ Investment Corp., prays this Court grant its Unopposed Motion to Abate for 60 days.

Respectfully submitted,

**GERMER PLLC**

By: /s/ Charles W. Goehringer, Jr.
Charles W. Goehringer, Jr.
State Bar No. 00793817
cwgoehringer@germer.com
Kelli B. Smith
State Bar No. 24008053
ksmith@germer.com
Sonny E. Eckhart
State Bar No. 24082947
sonnye@germer.com
P. O. Box 4915
Beaumont, TX 77704-4915
(409) 654-6700 – Telephone
(409) 835-2115 – Facsimile

**ATTORNEYS FOR WMJ INVESTMENTS CORP.**

## CERTIFICATE OF CONFERENCE

In accordance with the Texas Rules of Appellate Procedure, I certify that on the 13th day of December, 2017, I conferred with opposing counsel regarding the relief requested in this motion and it is unopposed.

/s/ Charles W. Goehringer, Jr.
Charles W. Goehringer, Jr.

## CERTIFICATE OF SERVICE

In accordance with the Texas Rules of Appellate Procedure, I certify that on the 13th day of December, 2017, a true and correct copy of the foregoing Motion was served on all counsel of record using the Court's electronic filing system and/or as follows:

Mr. Utsav Mathur                        **VIA ELECTRONIC FILING**
NORTON ROSE FULBRIGHT US LLP
1301 McKinney, Suite 5100
Houston, Texas 77010-3095


*/s/ Charles W. Goehringer, Jr.*
Charles W. Goehringer, Jr.